# Court of Appeals
# of the State of Georgia

ATLANTA,  January 20, 2026

*The Court of Appeals hereby passes the following order:*

**A26E0132.  TWUM-BAAH v. MASON.**

Yaw Twum-Baah has filed a pro se petition for mandamus and/or emergency motion to stay proceedings, requesting that this Court stay criminal proceedings in the Superior Court of Gwinnett County and direct the trial court to,  inter alia, address a habeas corpus petition that movant has filed in that court. The petition/emergency motion is hereby DENIED. See Court of Appeals Rule 40(b), (c).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/20/2026*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*